IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00735-EWN-MEH

ISMAEL MONTANO,
LIONEL PALACIO,
ADDISON KEATON,
EUGENE BAILEY,
PHIL DEHERRERA, and
CLARENCE WORTHEN, on their own behalf and on behalf of all others similarly situated,

     Plaintiffs,

v.

ELAINE L. CHAO, in her official capacity as Secretary of the United States Department of Labor, SHELBY HALLMARK, in his official capacity as Director of the Office of Workman's Compensation Programs of the United States Department of Labor, and
PETER M. TURCIC, in his official capacity as Director of the Division of Energy Employees Occupational Illness Compensation Program of the United States Department of Labor,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 7, 2007.**

     Defendants' Unopposed Motion to Shorten Briefing Schedule for Defendants' Motion to Stay Discovery [Filed September 6, 2007; Docket #21] is **granted**. Plaintiffs' Response to Defendants' Motion to Stay Discovery is to be filed on or before September 11, 2007, and any Reply by Defendants is to be filed no later than September 13, 2007.