IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00735-EWN-MEH

ISMAEL MONTANO,
LIONEL PALACIO,
ADDISON KEATON,
EUGENE BAILEY,
PHIL DEHERRERA, and
CLARENCE WORTHEN, on their own behalf and on behalf of all others similarly situated,

     Plaintiffs,
v.

ELAINE L. CHAO, in her official capacity as Secretary of the United States Department of Labor,
SHELBY HALLMARK, in his official capacity as Director of the Office of Workman's Compensation Programs of the United States Department of Labor, and
PETER M. TURCIC, in his official capacity as Director of the Division of Energy Employees Occupational Illness Compensation Program of the United States Department of Labor,

     Defendants.

## RECOMMENDATION ON PLAINTIFFS' UNOPPOSED MOTION TO VACATE DISPOSITIVE MOTION DEADLINE

Before the Court is Plaintiffs' Unopposed Motion to Vacate Dispositive Motion Deadline [Docket #31]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1.C, this matter has been referred to this Court for recommendation. For the reasons set forth below, the Court recommends that the District Court **grant** Plaintiffs' Motion.

On April 13, 2007, Chief District Judge Edward W. Nottingham set a dispositive motion deadline in this case of December 11, 2007. Dock. #2. Since that time, Defendants have filed a Motion to Dismiss for Lack of Jurisdiction (Dock. #12), for which Plaintiffs requested discovery before responding. While Defendants sought a complete stay of discovery pending a ruling on their

Motion to Dismiss, the Court found that limited discovery was appropriate. Dock. #28. To that end, the Court allowed Plaintiffs to conduct limited discovery, and Plaintiffs Response deadline for this Motion was reset by Minute Order to December 21, 2007. Dock. #30.

Plaintiffs now seek to vacate the dispositive motion deadline of December 11, 2007, so that the Court can first rule on Defendants' Motion to Dismiss, which is also dispositive, before the Court determines whether any additional discovery, if any, is necessary. Ths Court has also rescheduled the settlement conference in this case to April 7, 2008, and has directed the parties to contact Chambers once a ruling on Defendants' Motion has issued for the Court to set a status conference regarding any remaining discovery. Thus, to avoid a duplicity of dispositive motions and in the interests of judicial economy, this Court believes that the dispositive motion deadline should be vacated at this time.

Accordingly, for the reasons stated above, the Court RECOMMENDS that Plaintiffs' Unopposed Motion to Vacate Dispositive Motion Deadline [Filed October 23, 2007; Docket #31] be **granted** and that the dispositive motion deadline of December 11, 2007, be vacated pending a ruling on Defendants' Motion to Dismiss for Lack of Jurisdiction. Under Fed. R. Civ. P 72, the parties shall have ten (10) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.[1]

---

[1] The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy of this Recommendation may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).

Dated at Denver, Colorado this 25th day of October, 2007.

                                                BY THE COURT:

                                                s/ Michael E. Hegarty
                                                Michael E. Hegarty
                                                United States Magistrate Judge