IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00735–EWN–MEH

ISMAEL MONTANO,
LIONEL PALACIO,
ADDISON KEATON,
EUGENE BAILEY,
PHIL DEHERRERA,
CLARENCE WORTHEN, on their own behalf and on behalf of all
others similarly situated,

    Plaintiffs,

v.

ELAINE L. CHAO, in her official capacity as Secretary of the
United States Department of Labor,
SHELBY HALLMARK, in his official capacity as Director of the
Office of Workman's Compensation Programs of the United States
Department of Labor, and
PETER M. TURCIC, in his official capacity as Director of the
Division of Energy Employees Occupational Illness Compensation
Program, of the United States Department of Labor,

    Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

    This matter is before the court on the "Recommendation on Plaintiffs' Unopposed Motion to Vacate Dispositive Motion Deadline" filed October 25, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the

recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The dispositive motion deadline of December 11, 2007 is vacated pending a ruling on Defendants' motion to dismiss for lack of jurisdiction.

DATED this 4th day of December, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge