IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk　　　　　　　　　　　Date: January 25, 2008
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–00735–EWN–KMT

| *Parties:* | *Counsel:* |
|---|---|
| ISMAEL MONTANO,<br>LIONEL PALACIO,<br>ADDISON KEATON,<br>EUGENE BAILEY,<br>PHIL DEHERRERA,<br>CLARENCE WORTHEN, on their own behalf and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ELAINE L. CHAO, in her official capacity as Secretary of the United States Department of Labor,<br>SHELBY HALLMARK, in his official capacity as Director of the Office of Workman's Compensation Programs of the United States Department of Labor, and<br>PETER M. TURCIC, in his official capacity as Director of the Division of Energy Employees Occupational Illness Compensation Program, of the United States Department of Labor,<br><br>　　　Defendants. | Mary Tribby<br><br><br><br><br><br><br><br><br><br><br><br>Nicholas Oldham and Robert Katerberg |

# COURTROOM MINUTES

**Status Conference**

**10:01 a.m.**     Court in session.

Court calls case and appearances.  Mr. Oldham and Mr. Katerberg appear by telephone.

Discussion regarding pending motion to dismiss. #12.

**ORDERED:**     **Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (#12, filed August 15, 2007) is DENIED.**

Court directs parties to Magistrate Judge Tafoya's chambers to obtain a date for settlement conference.

**10:09 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:08