IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00735-EWN-KMT

ISMAEL MONTANO,
LIONEL PALACIO,
ADDISON KEATON,
EUGENE BAILEY,
PHIL DEHERRERA, and
CLARENCE WORTHEN,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

ELAINE L. CHAO, in her official capacity as Secretary of the United States Department of Labor,
SHELBY HALLMARK, in his official capacity as Director of the Office of Workman's Compensation Programs of the United States Department of Labor, and
PETER M. TURCIC, in his official capacity as Director of the Division of Energy Employees Occupational Illness Compensation Program of the United States Department of Labor,

      Defendants.

**ORDER**

This matter came on for settlement conference on January 31, 2008 and on February 11, 2008. At the close of proceedings, the parties had agreed to work on a number of items relevant to a possible resolution of the case. It was anticipated that certain documents would be exchanged on or about February 25, 2008.

It is therefore ORDERED:

The parties shall each submit a confidential settlement status memorandum to the court on or before March 17, 2008 outlining the actions taken and documents produced subsequent to the last settlement conference and detail the progress undertaken toward resolution of the disputed matters. Further, the parties should address whether a further settlement conference would be beneficial and, if so, when such a conference would be most useful taking into account outstanding discovery production and scheduled depositions.

The document is to be emailed to Magistrate Judge Tafoya (not submitted for filing to the court) at *Tafoya_Chambers@cod.uscourts.gov*, in accordance with the electronic filing procedures of this court, and shall contain copies of the materials submitted to the other parties.

Dated this 22d day of February, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge