IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00735-EWN-KMT

ISMAEL MONTANO,
LIONEL PALACIO,
ADDISON KEATON,
EUGENE BAILEY,
PHIL DEHERRERA, and
CLARENCE WORTHEN,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

ELAINE L. CHAO, in her official capacity as Secretary of the United States Department of Labor,
SHELBY HALLMARK, in his official capacity as Director of the Office of Workman's Compensation Programs of the United States Department of Labor, and
PETER M. TURCIC, in his official capacity as Director of the Division of Energy Employees Occupational Illness Compensation Program of the United States Department of Labor,

      Defendants.

---

**ORDER**

---

      This case has been pending since April 11, 2007. A Scheduling Order was entered on August 31, 2007 [Doc. No. 17]. However, on December 4, 2007, the District Court accepted the recommendations of the Magistrate Judge that the dispositive motions deadline be vacated pending the resolution of the Motion to Dismiss filed by the Defendants [Doc. No. 46]. On December 5, 2007, the Magistrate Judge also suspended the discovery cut-off date pending

resolution of a forthcoming discovery motion [Doc. No. 48].  Although the discovery motion was resolved by the court on December 21, 2008 [Doc. No. 54], no new discovery cut-off date was set.

On January 25, 2008, Chief Judge Nottingham denied the defendant's Motion to Dismiss [Doc. No. 64].  Subsequently, several settlement conferences were held before Magistrate Judge Tafoya without success.  Although there is a Motion for Reconsideration of the denial of the Motion to Dismiss [Doc. No. 68] pending before Chief Judge Nottingham, discovery in the case has not been stayed and there are no future hearings scheduled.

At this time a new Scheduling Order should be entered and a new discovery plan implemented and completed.  Therefore

**IT IS HEREBY ORDERED:**

(1)  The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on

**May 2, 2008 at 9:15 a.m. (Mountain Time)**.

The conference shall be held in Courtroom A-601, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  If this date is not convenient for any party[1], he or she shall file a motion to reschedule the conference to a more convenient time.  **Please**

---

[1] The term "party" as used in this Order means counsel for any party represented by a lawyer, and any *pro se* party not represented by a lawyer.

2

**remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.**

A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website at www.co.uscourts.gov/forms-frame.htm (Click on "Civil Forms" in the blue box at the top of the screen and scroll down to the bold heading "Standardized Order Forms"). Parties are to prepare the proposed scheduling order in accordance with the Court's form.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., on or before:

**5:00 p.m. (Mountain Time) on**

**April 25, 2008.**

All parties are expected to be familiar with the United States District Court for the District of Colorado Local Rules of Practice (D.C.COLO.LCivR.). Copies are available from Office of the Clerk, United States District Court for the District of Colorado, or through the District Court's web site: www.cod.uscourts.gov.

All out-of-state counsel shall comply with D.C.COLO.LCivR. 83.3 prior to the Scheduling/Planning Conference.

Dated this 23rd day of April, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge