IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00735-CMA-KMT

ISMAEL MONTANO,
LIONEL PALACIO,
ADDISON KEATON,
EUGENE BAILEY,
PHIL DEHERRERA, and
CLARENCE WORTHEN,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

ELAINE L. CHAO, in her official capacity as Secretary of the United States Department of Labor,
SHELBY HALLMARK, in his official capacity as Director of the Office of Workman's Compensation Programs of the United States Department of Labor, and
PETER M. TURCIC, in his official capacity as Director of the Division of Energy Employees Occupational Illness Compensation Program of the United States Department of Labor,

    Defendants.

---

## ORDER

---

This matter is before the court on "Defendants' Motion for Reconsideration [of] Discovery Order on Defendants' Motion to Compel Answers to Defendants' Interrogatories 1 and 2" [Doc. No. 130, filed November 7, 2008]. Upon review of this Court's Order dated October 23, 2008 [Doc. No. 118] it appears the court did make an error of interpretation with respect to Defendants' Interrogatory to Plaintiffs, Interrogatory No. 2. (See "Defendants'

Motion to Compel Responses to Interrogatories 1 and 2 of Defendants' First Set of Interrogatories Relating to Class Certification, Exhibit A [Doc. No. 88-3, p.5]).

Therefore, "Defendants' Motion for Reconsideration [of] Discovery Order on Defendants' Motion to Compel Answers to Defendants' Interrogatories 1 and 2" [Doc. No. 130] is **GRANTED in part**. An Amended Order shall issue forthwith.

Dated this 18th day of December, 2008.

                                          **BY THE COURT:**

                                          Kathleen M. Tafoya
                                          United States Magistrate Judge